[No. 4224–3–III.   Division Three.   December 29, 1981.]

LARRY L. HUTTON, ET AL, *Respondents*, v. RICHARD W. CANNON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for

Benton County, No. 78–1715, Robert S. Day, J., entered June 12, 1980. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.